| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW FIRM OF**<br>**ANDRE L. KYDALA**<br>**54 Old Highway 22**<br>**P.O. Box 5537**<br>**Clinton, New Jersey  08809**<br>**Phone: (908) 735-2616** | Order Filed on February 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:  Anthony Galle<br><br>**Debtor.** | Case No.:17- 11389<br><br>Hearing Date:<br><br>Judge: |

### ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

-2-

**(Page 2)**

Debtor: Anthony Galle

Case No.: 17-11389

**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

_____

The within matter having come before the Court by way of Motion by the Debtor : Amy Szymanski  continue the automatic stay in order to reorganize the arrears that exist in their home mortgage,

IT IS ORDERED as follows:

The automatic stay is hereby continued as to OCWEN