| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LAW FIRM OF<br>ANDRE L. KYDALA**<br>54 Old Highway 22<br>P.O. Box 5537<br>Clinton, New Jersey  08809<br>Phone: (908) 735-2616 | Order Filed on February 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:  Anthony Galle<br><br>**Debtor.** | Case No.:17- 11389<br><br>Hearing Date:<br><br>Judge: |

## ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Anthony Galle

Case No.: 17-11389

**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

_____

The within matter having come before the Court by way of Motion by the Debtor : Amy Szymanski  continue the automatic stay in order to reorganize the arrears that exist in their home mortgage,

IT IS ORDERED as follows:

The automatic stay is hereby continued as to OCWEN

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11389-CMG
Anthony M. Galle                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 17, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db              #Anthony M. Galle,    PO Box 211,    172 Rt 31,    Hampton, NJ  08827-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Andre L. Kydala     on behalf of Debtor Anthony M. Galle kydalalaw@aim.com, kydalalaw@aim.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 3