UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Andre L. Kydala
PO Box 5537
Clinton NJ 08809
ALK2393

In Re:

ANTHONY GALLE

Order Filed on June 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-11389

Chapter: 13

Judge: GRAVELLE

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __3/21/2017__ :

Property: 172 Rt 31 Hampton NJ 08827

Creditor: DITECH

and a Request for

- [x] Extension of the 90 day Loss Mitigation Period having been filed by __THE DEBTOR__, and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __SEPTEMBER 21 2017__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-11389-CMG
Anthony M. Galle　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　　　Page 1 of 1　　　　　　Date Rcvd: Jun 21, 2017
　　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.
db　　　　　　　#Anthony M. Galle,    PO Box 211,    172 Rt 31,    Hampton, NJ 08827-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:
　　　　　Albert Russo    docs@russotrustee.com
　　　　　Andre L. Kydala    on behalf of Debtor Anthony M. Galle kydalalaw@aim.com, kydalalaw@aim.com
　　　　　Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5