STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



Order Filed on June 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (TRENTON)

| In Re:<br><br>    Anthony M. Galle<br>    Debtor(s) | Chapter 13<br><br>Case Number: 17-11389-CMG<br><br>Hearing: June 20, 2018 at 9:00 AM<br><br>Judge: Christine M. Gravelle ___ |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 21, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Anthony M. Galle

Case Number: 17-11389-CMG

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

170 Rt 31, Hampton Borough, NJ 08827 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.

```
Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or
the real property described above, including but not limited to repayment agreement, loan
modification, short sale or deed-in-lieu of foreclosure
```

United States Bankruptcy Court
District of New Jersey

In re:
Anthony M. Galle
    Debtor

Case No. 17-11389-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 21, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db          +Anthony M. Galle,   172 Rt. 31,   PO Box 144,   Hampton, NJ 08827-0144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Andre L. Kydala    on behalf of Debtor Anthony M. Galle kydalalaw@aim.com, kydalalaw@aim.com
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                            TOTAL: 6