UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala
Andre Kydala, Esq.
12 Lower Center Street
PO Box 5537
Clinton, NJ 08809
(908) 735-2616
Fax : (908) 735-0765
Email: kydalalaw@aim.com

Order Filed on July 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony M. Galle

Case No.: 17-11389-CMG

Chapter: 13

Judge: CMG

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: July 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of __Andre Kydala on behalf of Anthony Galle.__ for the reduction of time for a hearing on __Motion To Reinstate Stay as to Creditor, OCWEN__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 24, 2018__ at __9:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All creditors and Trustee__

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __all creditors and the trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
 _____ day(s) prior to the scheduled hearing; or

 ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

 ☐ Parties may request to appear by phone by contacting http://www.Court-Solutions.com prior to the return date

*rev.2/1/16*