UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala
Andre Kydala, Esq.
12 Lower Center Street
PO Box 5537
Clinton, NJ 08809
(908) 735-2616
Fax : (908) 735-0765
Email: kydalalaw@aim.com

Order Filed on July 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony M. Galle

Case No.: 17-11389-CMG

Chapter: 13

Judge: CMG

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: July 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of __Andre Kydala on behalf of Anthony Galle.__ for the reduction of time for a hearing on __Motion To Reinstate Stay as to Creditor, OCWEN__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 24, 2018__ at __9:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __8__

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Creditor, OCWEN and the Chapter 13 Trustee
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Creditor, OCWEN and the Chapter 13 Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting http://www.Court-Solutions.com prior to the return date

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-11389-CMG
Anthony M. Galle                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 17, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db             +Anthony M. Galle,    172 Rt. 31,    PO Box 144,    Hampton, NJ 08827-0144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
      Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      Andre L. Kydala    on behalf of Debtor Anthony M. Galle kydalalaw@aim.com,    kydalalaw@aim.com
      Denise E. Carlon     on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Steven P. Kelly     on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
       Servicing skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7