UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala

PO Box 5537

Clinton, NJ 08809

Order Filed on July 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY GALLE

Case Number:   17-11389

Hearing Date:

Judge:   CMG

Chapter:   13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by THE DEBTOR. and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to 170 Rt 31 Hampton NJ 08827 is reinstated effective the date of this order.

*rev.7/12/16*