Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−11389−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony M. Galle
   172 Rt. 31
   PO Box 144
   Hampton, NJ 08827−0211

Social Security No.:
   xxx−xx−8202

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-11389-CMG
Anthony M. Galle                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 2            Date Rcvd: Dec 21, 2018
                            Form ID: 148            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db            +Anthony M. Galle,    172 Rt. 31,    PO Box 144,    Hampton, NJ 08827-0144
cr            +New Penn Financial LLC d/b/a Shellpoint Mortgage S,    Stern & Eisenberg, PC,
               1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
516606934     +ACS Educational,    2505 South Finley Rd,    Lombard, IL 60148-4867
516606935      Action Card,    PO Box 650310,    Dallas, TX 75265
516606936      American Express,    PO Box 23009,    Columbus, GA 31902
516606945     +CMRE,    3075 E Imperial HWY,    Brea, CA 92821-6753
516606943      Citi Financial,    PO Box 9018,    Des Moines, IA 50368
516606951     +GPU,    Capital Collection,    PO Box 150,    West Berlin, NJ 08091-0150
516606952      Hackettstown Community Hosp,    PO Box 5075,    Hackettstown, NJ 07840
516606954     +Hunterdon Medical Center,    PO Box 48096,    Newark, NJ 07101-4895
516606958     +NCO,    PO Box 61247,    Virginia Beach, VA 23466-1247
516606957     +National Recovery Agency,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
516606959     +New Century,    Attn Pressler and Presseler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516833306     +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
517100791      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    PO BOX 10826,
               GREENVILLE SC 29603-0826
516606960     +Ocwen,    PO Box 24738,    West Palm Beach, FL 33416-4738
516606961     +Pegasus Emergency Group,    PO Box 5075,    Cherry Hill, NJ 08034-5075
516606962     +REmex,    307 Wall Street,    Princeton, NJ 08540-1515
516606963     +Transworld Systems,    2235 Mercury Way,    Santa Rosa, CA 95407-5473

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516612762      EDI: BECKLEE.COM Dec 22 2018 05:23:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516606938     +EDI: CAPITALONE.COM Dec 22 2018 05:23:00    Capital One,    PO Box 85147,
               Richmond, VA 23276-0001
516606939     +E-mail/Text: bankruptcy@certifiedcollection.com Dec 22 2018 01:07:47
               Certified Credit and Collection,    PO Box 336,    Raritan, NJ 08869-0336
516606944      EDI: CITICORP.COM Dec 22 2018 05:23:00    Citibank,    PO Box 8105,
               South Hackensack, NJ 07606
516606949     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 22 2018 01:08:54    Comcast,
               800 Rahway Ave,    Union, NJ 07083-6691
516606950      EDI: RCSDELL.COM Dec 22 2018 05:23:00    Dell,    PO Box 4125,    Carol Stream, IL 60197
516663126     +EDI: IRS.COM Dec 22 2018 05:23:00    Department of Treasury,    Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
516870415      E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2018 01:07:24
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516606953     +E-mail/Text: lori.rudolph@atlantichealth.org Dec 22 2018 01:08:36
               Hackettstown Regional Medical,    PO Box 864,    Mahwah, NJ 07430-0864
516606955     +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Dec 22 2018 01:09:21
               Hunterdon Radiology,    PO Box 5388,    Clinton, NJ 08809-0388
516653282     +EDI: RMSC.COM Dec 22 2018 05:23:00    Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516606964      E-mail/Text: jerome.smalls@ogc.upenn.edu Dec 22 2018 01:08:50    University of Pa,
               34 and Spruce St,    Philadelphia, PA 19104
516872271     +EDI: AIS.COM Dec 22 2018 05:23:00    Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517100792      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    PO BOX 10826,
               GREENVILLE SC 29603-0826,    New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing
lm*           +Ocwen,    PO Box 24738,    West Palm Beach, Fl 33416-4738
516606937*     American Express,    PO Box 23009,    Columbus, GA 31902
516606946*    +CMRE,    3075 E Imperial HWY,    Brea, CA 92821-6753
516606947*    +CMRE,    3075 E Imperial HWY,    Brea, CA 92821-6753
516606948*    +CMRE,    3075 E Imperial HWY,    Brea, CA 92821-6753
516606940*    +Certified Credit and Collection,    PO Box 336,    Raritan, NJ 08869-0336
516606941*    +Certified Credit and Collection,    PO Box 336,    Raritan, NJ 08869-0336
516606942*    +Certified Credit and Collection,    PO Box 336,    Raritan, NJ 08869-0336
516606956*    +IRS,    PO Box 931000,    Louisville, KY 40293-1000
                                                                                        TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 21, 2018
                             Form ID: 148              Total Noticed: 34
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Andre L. Kydala    on behalf of Debtor Anthony M. Galle kydalalaw@aim.com,  kydalalaw@aim.com
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7
```